# EXHIBIT B

# CAREER POLITICIAN SAM YINGLING
## IN THE DRIVER'S SEAT
*As Illinois Speeds Toward Higher Taxes, More Wasteful Spending, and More Jobs Lost.*

**More Wasteful Spending**
Career politician Sam Yingling votes with tax-and-spend Democrat Mike Madigan over 98% of the time, including voting for a bloated state budget full of wasteful spending.[1]

**Punishing 67% Income Tax Hike**
How did Yingling pay for all that wasteful spending? With the 67% state income tax hike that he and fellow tax-and-spend Democrats forced through the legislature.

**New Taxes on the Horizon**
Yingling has publicly supported a progressive income tax that would raise taxes by millions of dollars on hardworking families and send millions of additional tax dollars to Chicago.[2]

**Pocketing the Perks of Political Office**
Yingling is a career politician who opposes term limits for elected officials and plans to take a big, bloated state pension – paid for with our tax dollars.[3]

MR. YINGLING WENT TO SPRINGFIELD ...
And Fiscal Responsibility Went Out the Window.
...on Sam Yingling.

SAM! Yingling REPRESENTATIVE

1. Roll Call Votes, Illinois House of Representatives, HB 190 (2013); Yingling Voted Yes. 2. Chicago Sun Times, 10/9/12. 3. Chicago Sun Times, 10/9/12.

# ROD DROBINSKI
**TAKING THE WHEEL. TAKING CONTROL OF SPRINGFIELD'S BUDGET.**

**Restoring Fiscal Responsibility**
Rod will stand up for taxpayers, families, and seniors, work to repeal the 67% income tax hike, and stop the Democrats' progressive income tax hike.

**Get Control of Spending**
Rod will lead the fight to end wasteful spending and freeze all non-essential government spending for two years to allow for an audit of every dime spent.

**Balance the Budget**
Rod knows a balanced budget amendment is key to holding government to living within its means and recognizing it has a spending problem, not a revenue problem.

**Freeze Property Taxes**
Rod will fight to keep families and seniors in the homes they've worked so hard to have by freezing property taxes, conducting a thorough audit, and using the savings to strengthen schools and protect seniors.

**Ending Politics as Usual**
Rod will lead by example and never vote to raise his own pay. Rod supports term limits and will work to eliminate government pensions for legislators.

**Vote Tuesday, November 4th**



Drobinski
STATE REPRESENTATIVE
WWW.RODDROBINSKI.COM



## ... and Fiscal Responsibility Went Out the Window.

More Wasteful Spending. The 67% Income Tax Hike.
A Progressive Income Tax.

*That's a Lot of Baggage.*



Non-Profit
U.S. Postage
PAID
SM&M

## Drobinski
### STATE REPRESENTATIVE
WWW.RODDROBINSKI.COM

**Vote Tuesday, November 4th**

Paid for by the Illinois Republican Party
P.O. Box 78
Springfield, IL 62705

ECRWSH**C010 T3  P1
THE JAFFE HOUSEHOLD
OR CURRENT RESIDENT
21870 W WASHINGTON ST
GRAYSLAKE, IL 60030-1044

## ROD DROBINSKI
### Taking the Wheel. Taking Control of Springfield's Budget.

- Cut wasteful spending
- Freeze property taxes
- Oppose a progressive income tax
- Pass a Balanced Budget Amendment
- Repeal the 67% income tax hike
- Establish term limits for legislators





## MR. YINGLING WENT TO SPRINGFIELD ...

