IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| QUENTON GALVIN and JACOB MEISTER, <br><br> Plaintiffs, <br><br> vs. <br><br> ILLINOIS REPUBLICAN PARTY, ILLINOIS HOUSE REPUBLICAN ORGANIZATION, RODERICK DROBINSKI, FRIENDS OF ROD DROBINSKI, JAMESTOWN ASSOCIATES, LLC, AND MAJORITY STRATEGIES, INC. <br><br> Defendants. | Case No. 14 cv-10490 <br><br> Hon. James B. Zagel <br><br> Magistrate Judge Young B. Kim |

## DEFENDANTS' MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT

Defendants the Illinois Republican Party ("The IRP"), the Illinois House Republican Organization ("The IHRO"), Roderick Drobinski ('Drobinski'), Friends of Rod Drobinski ('Friends"), and Majority Strategies, Inc. ("Majority"), by and through their attorneys, respectfully move this Court to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs' Complaint in its entirety. In support thereof, Defendants state as follows:

1. Plaintiffs' Complaint must be dismissed in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) because it does not state any viable claims upon which relief can be granted.

2. Defendants have contemporaneously filed a Memorandum of Law in Support of this Motion to Dismiss.

WHEREFORE, for the foregoing reasons and reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request this honorable Court to dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Date: March 3, 2015                                    /s/ Daliah Saper

Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
Attorney No.: 6283932
ds@saperlaw.com
(312) 527-4100