# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| QUENTON GALVIN AND JACOB MEISTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ILLINOIS REPUBLICAN PARTY, ILLINOIS ) <br> HOUSE REPUBLICAN ORGANIZATION, ) <br> ROD DROBINSKI, FRIENDS OF ) <br> ROD DROBINSKI, JAMESTOWN ASSOCIATES,) <br> AND MAJORITY STRATEGIES, INC. ) <br> ) <br> Defendants. ) | Case No. 14-cv-10490 <br><br> Judge James B. Zagel <br> Magistrate Judge Young B. Kim |

## PLAINTIFFS' MOTION FOR LEAVE
## TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

Plaintiffs, QUENTON GALVIN ("Galvin") and JACOB MEISTER ("Meister") (collectively "Plaintiffs") by and through their counsel, move this Honorable Court for leave to file a 23-page brief in opposition to Defendants, ILLINOIS REPUBLICAN PARTY ("IRP"), ILLINOIS HOUSE REPUBLICAN ORGANIZATION ("IHRO"), RODERICK DROBINSKI ("Drobinski"), FRIENDS OF ROD DROBINSKI ("Friends"), and MAJORITY STRATEGIES, INC.'s ("Majority") (collectively "Defendants"), Motion To Dismiss The Plaintiffs' Complaint. In support hereof, Plaintiffs state as follows:

1. In this lawsuit, Plaintiffs allege Copyright Infringement, Civil Conspiracy, Appropriation of Image, False Light and Defamation against Defendants resulting out of Defendants' unauthorized use of Plaintiff Galvin's photograph of Plaintiff Meister in a campaign hit piece against a political candidate who was supported by the Plaintiffs.

2. On March 3, 2015, Defendants filed a motion to dismiss Plaintiffs' complaint along with a 26-page memorandum in support of their motion which asserted numerous, lengthy arguments.

3. Pursuant to Local Rule 7.1, Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss is not to exceed fifteen (15) pages, unless leave of court is granted to file a longer brief.

4. In light of the issues raised in Defendants' memorandum, Plaintiffs require a total of 23 pages, double spaced, to adequately raise and discuss all of the grounds upon which Defendants seek dismissal of Plaintiffs' Complaint (see attached Exhibit A). Plaintiffs argument cannot be set forth within the 15-page brief limit established by this Court without depriving this Court of crucial facts and law which, will not only defeat Defendants' motion, but clearly establish the claims Plaintiffs pled in their Complaint.

5. Plaintiffs have attempted to keep their arguments as short as possible so as to minimize the amount of additional space required.

WHEREFORE, Plaintiffs, QUENTON GALVIN and JACOB MEISTER, request that this Court grant Plaintiffs' Motion For Leave To File A Brief In Excess Of Fifteen Pages.

QUENTON GALVIN and JACOB MEISTER

By: /s/ David A. Axelrod
One of Plaintiffs' Attorneys

David A. Axelrod
David A. Axelrod & Associates, PC
20 S. Clark Street, Suite 2200
Chicago, IL 60603
(312) 782-4600
(312) 782-3015 (Fax)
www.axelrodpc.com
daa@axelrodpc.com

Ed Mullen
2129 N. Western Avenue
Chicago, IL 60647
(312) 508-9433
(312) 278-0857 (Fax)
ed_mullen@mac.com