# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| QUENTON GALVIN AND JACOB MEISTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ILLINOIS REPUBLICAN PARTY, ILLINOIS ) <br> HOUSE REPUBLICAN ORGANIZATION, ) <br> ROD DROBINSKI, FRIENDS OF ) <br> ROD DROBINSKI, JAMESTOWN ASSOCIATES,) <br> AND MAJORITY STRATEGIES, INC. ) <br> ) <br> Defendants. ) | Case No. 14-cv-10490 <br><br> Judge James B. Zagel <br> Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

To:     See attached Certificate of Service

**PLEASE TAKE NOTICE** that on Thursday, June 25, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable James B. Zagel,** or any judge sitting in his stead, in Courtroom 2503 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES,** a copy of which is attached hereto.

                              QUENTON GALVIN and JACOB MEISTER


                              By:      /s/ David A. Axelrod
                                    One of Plaintiffs' Attorneys

| | |
|---|---|
| David A. Axelrod <br> Jason M. Kleinman <br> David A. Axelrod & Associates, PC <br> 20 S. Clark Street, Suite 2200 <br> Chicago, IL 60603 <br> (312) 782-4600 <br> (312) 782-3015 (Fax) <br> daa@axelrodpc.com <br> jkleinman@axelrodpc.com | Ed Mullen <br> 2129 N. Western Avenue <br> Chicago, IL 60647 <br> (312) 508-9433 <br> (312) 278-0857 (Fax) <br> ed_mullen@mac.com |

# CERTIFICATE OF SERVICE

    Under penalties as provided by law pursuant to 28 U.S.C. 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice with all attachments was served on the above listed parties by:

Ms. Daliah Saper
Mr. Chad Nold
SAPER LAW OFFICES, LLC
505 N. LaSalle Street, Suite 350
Chicago, IL 60654
(312) 527-4100
(312) 527-5020 (Fax)
E-Mail: dsaper@saperlaw.com; chad@saperlaw.com

\_\_\_\_    Hand delivering same to their respective addresses;

\_\_\_\_    Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

\_\_\_\_    Transmitting same via facsimile;

\_\_\_\_    Forwarding same via electronic mail;

\_\_\_\_    Submitting same via overnight courier; and/or

**X**    Serving same pursuant to Electronic Case Filing

on this   **15TH**   day of   **June**  , 2015.


By: /s/ David A. Axelrod


DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, IL 60603
(312) 782-4600