## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

QUENTON GALVIN AND JACOB MEISTER,

      Plaintiffs,

      v.

ILLINOIS REPUBLICAN PARTY, ILLINOIS
HOUSE REPUBLICAN ORGANIZATION,
RODERICK DROBINSKI, FRIENDS OF ROD
DROBINSKI, JAMESTOWN ASSOCIATES,
LLC, AND MAJORITY STRATEGIES, INC.,

      Defendants.

No. 14 C 10490
Judge James B. Zagel

## <u>MEMORANDUM OPINION AND ORDER</u>

Plaintiffs Quenton Galvin and Jacob Meister ("Plaintiffs") filed a twenty-six count complaint against Defendants Illinois Republican Party, Illinois House Republican Organization, Roderick Drobinski, Friends of Rod Drobinski, Jamestown Associates, LLC, and Majority Strategies, Inc. alleging copyright infringement, civil conspiracy, appropriation of image, false light, and defamation. Counts XII (appropriation of image), XVIII (false light), and XXIV (defamation) against Defendant Jamestown Associates, LLC were previously dismissed by stipulation. The Court also previously dismissed Plaintiffs' federal claims against all Defendants under Counts I-VI for copyright infringement in violation of the U.S. Copyright Act, 17 U.S.C. § 501, as well as Plaintiffs' Count VII claim against all Defendants for civil conspiracy.

Having dismissed Plaintiffs' federal claims, I now decline to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims contained in Counts VIII through XI and XIII (appropriation of image), Counts XIV through XVII and XIX (false light), Counts XX through XXIII and XXV (defamation), and Count XXVI (civil conspiracy) against Defendants Illinois Republican Party, Illinois House Republican Organization, Roderick

Drobinski, Friends of Rod Drobinski, and Majority Strategies, Inc. 28 U.S.C.A.

§ 1367(c)(3); *Groce v. Eli Lilly & Co*., 193 F.3d 496, 501 (7th Cir. 1999) ("it is the well-established law of this circuit that the usual practice is to dismiss without prejudice state supplemental claims whenever all federal claims have been dismissed prior to trial").

Having declined jurisdiction over all remaining counts, Plaintiffs' complaint is now dismissed in its entirety.

ENTER:

James B. Zagel
United States District Judge

DATE: October 20, 2015